**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Laura J. Marabito, SBN 232381
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

**MOYER, PARSHALL & TWEEDY**
Stephan L. Parshall, SBN 059834
11341 Gold Express Drive, Suite 110
Gold River, California 95670
(916) 631-8388 (telephone)
(916) 631-8188 (facsimile)

Attorneys for Defendant
MURCHISON'S JIMBOY TACOS NO. 20, INC. dba JIMBOY'S TACOS
(improperly sued herein as Terry L. Murchison, Individually and d/b/a Jimboy's Tacos)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO. 2:06-CV-00622 MCE DAD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT MURCHISON'S JIMBOY TACOS NO. 20, INC. DBA JIMBOY'S TACO TO RESPOND TO COMPLAINT** |
| v. | |
| FRANK D. MONCKTON; TERRY L. MURCHISON, Individually and d/b/a JIMBOY'S TACOS; and DOES 1through 10, inclusive, | **Complaint Filed:     March 24, 2006** <br> **Trial Date:            None Scheduled** |
| Defendants. | |
| _____/ | |

SCOTT N. JOHNSON, pro per and defendant MURCHISON'S JIMBOY TACOS NO. 20,

INC. dba JIMBOY'S TACOS through their undersigned counsel and individually, stipulate and

respectfully request, as follows:

1

1.      Defendant MURCHISON'S JIMBOY TACOS NO. 20, INC. dba JIMBOY'S TACOS is granted an extension of time up to, and including, May 8, 2006, to answer or otherwise respond to plaintiff's complaint.

2.      In the event defendant MURCHISON'S JIMBOY TACOS NO. 20, INC. dba JIMBOY'S TACOS, files a motion in lieu of an answer to plaintiff's complaint, the hearing on such motion shall be set on date no sooner than 45 days from the filing of said motion.

3.      Defendant further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.


IT IS SO STIPULATED:

Dated: April ___, 2006              By _____
                                          Scott N. Johnson
                                          Pro Per

Dated: April ___, 2006                    PORTER, SCOTT, WEIBERG & DELEHANT


                                          By _____
                                                Jennifer E. Duggan
                                                Laura J. Marabito



**IT IS SO ORDERED**.

Dated: April 28, 2006


                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

00427914.WPD