1  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | Case No.: CIV.S 06-cv-00622-MCE-DAD |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL AND ORDER** |
| Frank D. Monckton; Terry L. Murchison, Individually and d/b/a Jimboy's Tacos #20, | Complaint Filed: MARCH 24, 2006 |
| Defendants | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

1

STIPULATED DISMISSAL and ORDER                    CIV: S-06-cv-00622-MCE-DAD

1  Dated:  April 13, 2007                                             Porter, Scott, Weiberg & Delehant

2

3                                                                                     /s/Jennifer E. Duggan_____

4                                                                                         JENNIFER E. DUGGAN,

5                                                                                   Attorneys for Defendant Terry L. Murchison

6

7
   Dated:  April 13, 2007                                             /s/Scott N. Johnson_____
8                                                                                         SCOTT N. JOHNSON
                                                                                           Plaintiff, In Pro Per
9

10

11 **IT IS SO ORDERED**.

12

13 Dated: May 4, 2007

14
                                                                           _____
15                                                                          MORRISON C. ENGLAND, JR
                                                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATED DISMISSAL and ORDER                                           CIV: S-06-cv-00622-MCE-DAD